UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOCAM CORPORATION,

          Plaintiff,

v.

KENDRION (SHELBY) INC., formerly
known as Kendrion FAS Controls Inc.,

          Defendant.

                              /

Case No. 1:17-cv-721

Honorable Gordon J. Quist

| | |
|---|---|
| FOSTER, SWIFT, COLLINS & SMITH, P.C.<br> Attorneys for Plaintiff<br> James B. Doezema  (P38181)<br> Liza C. Moore (P72240)<br> 1700 East Beltline, NE, Suite 200<br> Grand Rapids, MI 49525-7044<br> (616) 726-2205 | MILLER, CANFIELD, PADDOCK<br>   and STONE, P.L.C.<br> ATTORNEYS FOR DEFENDANT<br> Stanley J. Stek  (P29332)<br> Andrew T. Blum (P58881)<br> 99 Monroe Avenue NW, Suite 1200<br> Grand Rapids, Michigan  49503<br> (616) 454-8656 |

## SECOND STIPULATION AND PROPOSED ORDER TO AMEND CASE MANAGEMENT ORDER

The parties, by their respective counsel, stipulate and agree that the Case Management Order entered on November 2, 2017, and amended by stipulation March 2, 2018, may be further amended to extend the deadline for the parties to disclose expert reports from July 16, 2018, until August 16, 2018, and to also provide that the parties may take expert depositions within 30 days after the deadline for completion of discovery of September 3, 2018, or until October 3, 2018. This extension is requested to allow the parties' experts additional time to prepare their reports and prepare for depositions.  These extensions will not affect the other deadlines set forth in the Case Management Order.

-2-

Foster, Swift, Collins & Smith, P.C.
Attorneys for Plaintiff

DATED:  June 18, 2018                    BY:    */s/ James B. Doezema*
                                                    James B. Doezema (P38181)


Miller, Canfield, Paddock and Stone, P.L.C.
Attorneys for Defendant

DATED:  June 18, 2018                    BY:    */s/ Stanley J. Stek*
                                                    Stanley J. Stek  (P29332)


## ORDER

At a session of said Court held in the
Federal Building, Grand Rapids,
Michigan, on June 19, 2018.

PRESENT:   Honorable Gordon J. Quist,
                   U.S. District Judge.

IT IS SO ORDERED.


                                     /s/ Gordon J. Quist
                                     Honorable Gordon J. Quist,
                                     U.S. District Judge

31619045.1\156901-00001